**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| JAIME ESPINOSA MONSALVO, | Case No.: 7:25-cv-00516-DC-RCG |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY** |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff Jaime Espinosa Monsalvo and Defendant

Equifax Information Services, LLC ("Equifax") have resolved the claims between them in this

matter. The parties are in the process of finalizing the terms and performance attendant to that

resolution. The parties anticipate completing that performance within the next forty-five (45) days

and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the

Court vacate all deadlines in this matter as to Defendant Equifax only. Plaintiff further requests

that the Court retain jurisdiction for any matters related to completing and/or enforcing the

settlement.

Respectfully submitted this June 11, 2026.

By: */s/ Yaear Weintroub*
Yaear Weintroub (NY Bar No. 6153431)
CONSUMER ATTORNEYS
68-29 Main Street
Flushing NY 11367
T: (718) 576-1863
F: (718) 247-8020
E: yweintroub@consumerattorneys.com

*Attorneys for Plaintiff,
Jaime Espinosa Monsalvo*

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

By: */s/ Yaear Weintroub*