**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

|  |  |
|---|---|
| JAIME ESPINOSA MONSALVO,<br><br>           Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC,<br><br>           Defendant. | Case No.: 7:25-cv-00516-DC-RCG<br><br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION LLC ONLY** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Jaime Espinosa Monsalvo and Defendant Trans Union LLC ("Trans Union") have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as to Defendant Trans Union only. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this June 17, 2026.

By: */s/ Yaear Weintroub*
Yaear Weintroub (NY Bar No. 6153431)
CONSUMER ATTORNEYS
68-29 Main Street
Flushing NY 11367
T: (718) 576-1863
F: (718) 247-8020
E: yweintroub@consumerattorneys.com

*Attorneys for Plaintiff,*
*Jaime Espinosa Monsalvo*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

By: */s/ Yaear Weintroub*