**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| JAIME ESPINOSA MONSALVO,<br>　　　　*Plaintiff*,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., EQUIFAX INFORMATION<br>SERVICES, LLC and TRANS UNION LLC,<br>　　　　*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 7:25-cv-00516-DC-RCG |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Steven J. Owens of Kasowitz LLP, hereby appears in the

above-captioned case as attorney on behalf of Experian Information Solutions, Inc., and requests

that all notices given or required to be given and all papers served in this case be delivered to and

served upon him.

DATED: June 22, 2026

Respectfully submitted,

KASOWITZ LLP

By:　　*/s/ Steven J. Owens*
　　　　Steven J. Owens
　　　　Texas State Bar No. 24098212
　　　　SOwens@kasowitz.com
　　　　1415 Louisiana Street, Suite 2100
　　　　Houston, TX 77002
　　　　(713) 220-8800
　　　　(713) 222-0843 (fax)

　　　　*Attorney for Defendant*
　　　　*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2026, I presented the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or mail.

*/s/ Steven J. Owens*
Steven J. Owens