**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

Jaime Espinosa Monsalvo,

      Plaintiff,

   v.

Experian Information Solutions, Inc.;
Equifax Information Services, LLC; and
Trans Union LLC,

      Defendants.

Case No. 7:25-cv-00516-DC-RCG

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule AT-3, Defendant Experian Information Solutions, Inc. ("Experian") hereby moves the Court for leave to withdraw the appearance of Jordan J. Kleist and Analeigh Barnes as counsel for Experian in this action and in support states as follows:

1. On December 16, 2025, Analeigh Barnes of the law firm Jones Day appeared as counsel of record for Experian in this matter.

2. On January 9, 2026, Jordan J. Kleist of the law firm Jones Day appeared as counsel of record for Experian in this matter.

3. On June 22, 2026, Steven J. Owens, of the law firm Kasowitz LLP, entered an appearance in this matter.  His contact information is as follows:

> Steven J. Owens
> Kasowitz LLP
> 1415 Louisiana Street, Suite 2100
> Houston, TX 77002
> sowens@kasowitz.com
> 713.220.8800

4.  Kasowitz LLP will represent Experian in this matter going forward.  Accordingly, the withdrawal of Jordan J. Kleist and Analeigh Nicole Barnes will not delay the adjudication of this matter or otherwise prejudice any party.

5.  Experian consents to this request.

Experian respectfully requests that the Court grant an Order withdrawing Jordan J. Kleist and Analeigh Nicole Barnes as counsel for Experian in this matter.


Dated:  June 25, 2026                          Respectfully submitted,

                                               JONES DAY

                                               */s/ Jordan J. Kleist*
                                               Jordan J. Kleist
                                               *Admitted pro hac vice
                                               90 South Seventh Street, Suite 4950
                                               Minneapolis, Minnesota 55402
                                               Telephone:  (612) 217-8829
                                               Email:  jkleist@jonesday.com

                                               */s/ Analeigh Barnes*
                                               Analeigh Barnes
                                               Texas State Bar No. 24140833
                                               Federal ID No. 3874853
                                               717 Texas, Suite 3300
                                               Houston, TX 77002
                                               Telephone: +1 (832) 239-3603
                                               Email: abarnes@jonesday.com


                                               *Attorneys for Defendant*
                                               *Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 25, 2026, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification to all counsel of record.

/s/ Jordan J. Kleist
Jordan J. Kleist

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

3