**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **JAIME ESPINOSA MONSALVO,**<br><br>     Plaintiff,<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.;**<br>**EQUIFAX INFORMATION SERVICES, LLC; and**<br>**TRANS UNION LLC,**<br><br>     Defendants. | Case No. 7:25-cv-00516-DC-RCG |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule AT-3, the undersigned, Noah Kane, hereby moves the Court for leave to withdraw as counsel of record for Plaintiff Jaime Espinosa Monsalvo in this action and in support states as follows:

1.  Noah Kane entered an appearance as counsel of record for Plaintiff in this matter while associated with Consumer Attorneys.

2.  Mr. Kane has since separated from Consumer Attorneys and no longer practices with that firm. Good cause therefore exists for the withdrawal of his appearance.

3.  On December 13, 2025, Yaear Weintroub entered an appearance as counsel of record for Plaintiff in this matter (ECF No. 4) and continues to represent Plaintiff. Mr. Weintroub's contact information is as follows:

    > Yaear Weintroub
    > Consumer Attorneys, PLLC
    > 68-29 Main Street
    > Flushing, NY 11367
    > 718-576-1863
    > Email: yweintroub@consumerattorneys.com

4.  Because Yaear Weintroub remains counsel of record for Plaintiff, the withdrawal of Mr. Kane will not delay the adjudication of this matter or otherwise prejudice any party.

5.  The undersigned asserts no retaining or charging lien.

The undersigned respectfully requests that the Court grant an Order withdrawing Noah Kane as counsel of record for Plaintiff Jaime Espinosa Monsalvo in this matter.

Dated: June 29, 2026

Respectfully submitted,

/s/ Noah Kane
Noah Kane
**KANE LAW FIRM LLC**
411 Hackensack Avenue, Suite 200
Hackensack, NJ 07601
T: (267) 832-2657
E: noah@njconsumer.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2026, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification to all counsel of record.

/s/ Noah Kane
Noah Kane