**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **JAIME ESPINOSA MONSALVO**,<br><br>       Plaintiff,<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.;**<br>**EQUIFAX INFORMATION SERVICES, LLC; and**<br>**TRANS UNION LLC**,<br><br>       Defendants. | Case No. 7:25-cv-00516-DC-RCG |

## ORDER GRANTING MOTION TO WITHDRAW

The Court, having reviewed Noah Kane's Motion to Withdraw as Counsel, and having been fully advised of the same, hereby **GRANTS** the Motion.

Noah Kane is hereby withdrawn from the above-captioned matter. The Clerk of Court is directed to remove Noah Kane as counsel of record. Yaear Weintroub shall remain counsel of record for Plaintiff Jaime Espinosa Monsalvo.

**ORDERED** this 2nd day of July, 2026.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE